JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
jml@jmllaw.com
MYTHILY SIVARAJAH, STATE BAR NO. 252494
mythily@jmllaw.com
JML LAW, APLC
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367
Tel: (818)610-8800
Fax: (818)610-3030

Attorneys for Plaintiff
RICHARD MILLS

MARISSA L. LYFTOGT, STATE BAR NO. 259559
mlyftogt@wilsonturnerkosmo.com
KRYSTAL N. WEAVER, STATE BAR NO. 286930
kweaver@wilsonturnerkosmo.com
WILSON TURNER KOSMO LLP
550 West C Street, Suite 1050
San Diego, CA 92101
Tel: (619)236-9600
Fax: (619)236-9669

Attorneys for Defendants
ACCENTURE LLP, ACCENTURE LLC and ZENTA MORTGAGE SERVICES, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

RICHARD MILLS, an individual;

Plaintiff,

vs.

ACCENTURE LLP, an Illinois limited liability partnership; ACCENTURE LLC, an Illinois limited liability company; ZENTA MORTGAGE SERVICES, LLC, a Delaware limited liability company; and Does 1-50; inclusive,

Defendants.

Case No. 2:18-CV-00184-MCE-KJN

**JOINT STIPULATION AND ORDER FOR DISMISSAL**

**[FRCP 41(a)]**

Action Filed: December 5, 2017
Trial Date: Not set

Plaintiff RICHARD MILLS ("Plaintiff") and Defendants ACCENTURE LLP, ACCENTURE LLC and ZENTA MORTGAGE SERVICES, LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a), the Parties agree that Plaintiff's Complaint and this entire action should be dismissed with prejudice and that all previously set deadlines and hearings should be vacated;

NOW, THEREFORE, the Parties stipulate and agree that Plaintiff's Complaint and this entire action shall be dismissed in its entirety with prejudice, with each side to bear its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO STIPULATED.**

DATED: August 8, 2018 JML LAW, A Professional Law Corporation

By: /s/ Mythily Sivarajah
JOSEPH M. LOVRETOVICH
MYTHILY SIVARAJAH
Attorneys for Plaintiff
RICHARD MILLS

DATED: August 8, 2018 WILSON TURNER KOSMO LLP

By: /s/ Krystal Weaver
MARISSA L. LYFTOGT
KRYSTAL N. WEAVER
Attorneys for Defendants ACCENTURE LLP, ACCENTURE LLC and ZENTA MORTGAGE SERVICES, LLC

## SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence of Mythily Sivarajah, counsel for Plaintiff, for the filing of this stipulation.

/s/ __Krystal N. Weaver__________

## ORDER

Pursuant to the stipulation of the parties and Fed. R. Civ. Pro. 41(a), this action is hereby DISMISSED in its entirety with prejudice, with each side to bear its own attorneys' fees and costs in connection with the prosecution and defense of this action. All previously set deadlines and/or hearings are VACATED. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 9, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE